**Dorcino JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 99314.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 11, 2014.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Dorcino Jackson appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. We affirm. Rule 84.16(b)(2) & (5).